**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE RANGE VIEW ET AL TELEPHONE CONSUMER PROTECTION ACT LITIGATION**

**MDL Case No. ___________**

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Richard Collins, Bonnie Joe, and Maxx Lyman, individually and on behalf of all other similarly situated<br><br>**Defendants:** Better Debt Solutions LLC and Lendvia LLC | Central District of California, Southern Division - Santa Ana | 8:24-cv-01263 | Fred W. Slaughter |
| **Plaintiff:** Aaron Rapp, individually and on behalf of All others similarly situated<br><br>**Defendants:** Range View Management, LLC and Better Debt Solutions, LLC | Central District of California, Southern Division - Santa Ana | 8:24-cv-01438-JWH-KES | John W. Holcomb |
| **Plaintiff:** Kelly Pinn, individually and on behalf of all others similarly situated<br><br>**Defendant:** Better Tax Relief, LLC | Northern District of Texas, Fort Worth Division | 4:24-cv-00488-P | Mark Pittman |

| | | | |
|---|---|---|---|
| **Plaintiff:** Barbara Silva<br><br>**Defendant:** Lendvia LLC, a California Limited Liability Company | Western District of Texas,<br>El Paso Division | 3:24-cv-00155-KC | Kathleen Cardone |
| **Plaintiff:** Nubia Herrera<br><br>**Defendant:** Lendvia LLC, a California Limited Liability Company | Western District of Texas,<br>El Paso Division | 3:24-cv-00215-LS | Leon Schydlower |

Dated: July 26, 2024.

Respectfully submitted,

/s/ Michael A. Goldsticker
Michael A. Goldsticker
N.C. State Bar No. 57617
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389 (27602-0389)
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
Email: michaelgoldsticker@parkerpoe.com

Brent R. Phillips
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

*Attorneys for Defendant Range View Management, LLC; Lendvia LLC; Better Debt Solutions LLC; and Better Tax Relief LLC*