**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE RANGE VIEW ET AL TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | **MDL Case No. __________** |

**PROOF OF SERVICE**

I, Michael A. Goldsticker, hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by United States Mail on July 26 2024, upon the following:

Clerk, Central District of California
Southern Division
411 West 4th Street, Room 1053
Santa Ana, CA 92701-4516

Clerk, Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, Texas 76102-3673

Clerk, Western District of Texas
El Paso Division
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
david@kazlg.com
mona@kazlg.com
gustavo@kazlg.com

**Counsel for Plaintiffs Richard Collins, Bonnie Joe, Maxx Lyman, and Proposed Class**
C.D. California, No. 8:24-01263

Brent R. Phillips, Esq.
Phillips Law Corporation
801 Parkcenter Drive, Suite 105
Santa Ana, California 92705
bphillips@phillipslawcorporation.com
**Counsel for Defendants Better Debt Solutions, LLC and Lendvia, LLC**
C.D. California, No. 8:24-01263

Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
ak@kazlg.com
david@kazlg.com
**Counsel for Plaintiff Aaron Rapp and Proposed Class**
C.D. California, No. 8:24-01438

Brent R. Phillips, Esq.
Phillips Law Corporation
801 Parkcenter Drive, Suite 105
Santa Ana, California 92705
bphillips@phillipslawcorporation.com
**Counsel for Defendants Range View Management, LLC and Better Debt Solutions LLC**
C.D. California, No. 8:24-01438

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Caramel Avenue
Glenside, Pennsylvania 19038
a@perronglaw.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Sharon K. Campbell
Law Office of Sharon K. Campbell
3500 Oak Lawn Ave., Suite 110
Dallas, Texas 75219
sharon@sharonkcampbell.com
**Counsel for Plaintiff Kelly Pinn and Proposed Class**
N.D. Texas, No. 4:24-00488

Brent R. Phillips, Esq.
Phillips Law Corporation
801 Parkcenter Drive, Suite 105
Santa Ana, California 92705
bphillips@phillipslawcorporation.com
**Counsel for Defendant Better Tax Relief LLC**
N.D. Texas, No. 4:24-00488

Barbara Silva
8749 Coloma Circle
El Paso, Texas 79907
Bbrios259@gmail.com
**Pro Se Plaintiff**
W.D. Texas, No. 3:24-00155

Steven Albert Costello
Silberman Law Firm PLLC
7 West Way Court, Suite B
Lake Jackson, Texas 77566
scostello@silblawfirm.com
**Counsel for Defendant Lendvia, LLC**
W.D. Texas, No. 3:24-00155

Nubia Herrera
7519 N Loop Drive
El Paso, Texas 79915
Nubia88.nh@gmail.com
**Pro Se Plaintiff**
W.D. Texas, No. 3:24-00215

Dated: July 26, 2024.

Respectfully submitted,

/s/ Michael A. Goldsticker
Michael A. Goldsticker
N.C. State Bar No. 57617
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389 (27602-0389)
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
Email: michaelgoldsticker@parkerpoe.com
*Attorney for Defendant Range View Management, LLC; Lendvia LLC; Better Debt Solutions LLC; and Better Tax Relief LLC*