# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**David Stirewalt,**

**Plaintiff,**

**v.**

**Range View Management, LLC and Better Debt Solutions, LLC**

**Defendants.**

**Civil Action No: 1:24-cv-00180-TDS-JEP**

**DECLARATION OF BRANDI WIRE**

I, Brandi Wire, affirm that the following statements are true and correct as a matter of my personal knowledge or my review of the records of Range View Management, LLC and Better Debt Solutions, LLC (together, "Defendants"), which records are regularly made and maintained in the ordinary course of their business by persons with knowledge at or near the times of the matters recorded therein.

1. I am over the age of eighteen years old. I am under no disability. I have personal knowledge of all facts in this declaration.

2. This declaration is being submitted in support of Defendants' motion to compel arbitration in the above captioned action. I understand that Plaintiff has alleged that Defendants, effectively operating as a single entity, placed telemarketing calls to him in violation of the Telephone Consumer Protection Act.

3. I am the Chief Compliance Officer of Better Debt Solutions, LLC. As Chief Compliance Officer, my responsibilities include developing and implementing compliance programs, ensuring the organization adheres to legal standards, conducting regular risk assessments, and overseeing investigations of compliance violations.

4. In my capacity as Chief Compliance Officer of Better Debt Solutions, LLC, I am familiar with the documents and relevant events associated with this matter, including those described further below that pertain to both Defendants.

5. Defendants are limited liability companies organized under the laws of the State of California. Through their websites and other mediums, Defendants offer financial services to the public, including personal loans. One of these websites is www.Lendvia.com (the "Lendvia website").

6. By virtue of my responsibilities as Chief Compliance Officer, I am familiar with the Lendvia website and the online registration and sign-up process for users to receive financial services. Specifically, I have personal knowledge regarding the appearance and function of the Lendvia website as it has appeared since December 26, 2023, and earlier. I also have personal knowledge of the operation of the systems through which user information is submitted to the Lendvia website and stored by Defendants, including the process to apply for a personal loan and the records that are generated in connection with this process, such as the Verified Consent records described further below.

**Three-Step Registration Process**

7. To apply for a loan through the Lendvia website, online applicants must complete a three-step registration process. This registration process described below existed at the time of the relevant events to the above-captioned lawsuit, including during December 2023 through present. The images shown below are screenshots of the Lendvia website during the registration process as of December 2023.

8. In Step 1, individuals would select the amount of financing sought and the purpose of the loan from a dropdown menu of options, as shown in the screenshot below. To progress to Step 2, applicants must click the bright orange "Continue" button at the bottom of the page.




9. At Step 2, applicants would provide their contact information, such as full name, home address, social security number, and email address. To progress to Step 3, users must again click a bright orange "Continue" button at the bottom of the page.




10. As shown in the above screenshot, an arbitration agreement appeared directly above the "Continue" button: "By clicking CONTINUE, I express my understanding and consent electronically via E-sign that I acknowledge, agree and consent to receive email marketing and the Privacy Policy and Terms of Use which includes binding arbitration." The orange text of the "Privacy Policy" and "Terms of Use" contained a hyperlink which, if clicked, opened a new window that would allow users to access the respective "Privacy Policy" or "Terms of Use."

11. At Step 3, applicants must enter their telephone number. To complete the registration process, applicants must click another bright orange button "Submit" button at the bottom of the page, as shown in the screenshot below.

Step 1 — Step 2 — Step 3

Great! Just a little more info

How do we contact you?

Secured Lendvia uses 256 bit encryption to secure your information

Phone *

Phone

By checking this box and clicking SUBMIT, I express my understanding and consent electronically via E-sign that I acknowledge, agree and consent to the Privacy Policy and Terms of Use which includes binding arbitration and I am providing express written consent for Lendvia to contact me by, calls and/or text at the phone number provided regarding scheduling and application status using any telephone dialing system, prerecorded/artificial voice messages and/or use of an automatic dialing device or system, as applicable sending text messages (Data & message rates may apply, messaging frequency varies: text HELP for help; text STOP to cancel) even if my telephone number is currently listed on any state or federal Do-Not-Call list. I may revoke this consent at any time and I am not required to opt in as a condition of these services. SMS consent will not be shared with third parties for their marketing purposes.

Submit

**This will not affect your credit score

12. As shown in the above screenshot, the language above the "Submit" button contained an agreement to arbitrate: "By checking this box and clicking SUBMIT, I express my understanding and consent electronically via E-sign that I acknowledge, agree and consent to the Privacy Policy and Terms of Use which includes binding arbitration . . . ." The language further states that the user is providing "express written consent" to be contacted via "calls and/or text at the phone number provided . . . using any telephone dialing system, prerecorded/artificial voice messages and/or use of an automatic dialing device or system."

13. As with Step 2, the orange text of the "Privacy Policy" and "Terms of Use" contained a hyperlink which, if clicked, opened a new window with the respective "Privacy Policy" or "Terms of Use."

14. Exhibit A is a true and accurate copy of the Terms of Use, which were in force as of December 26, 2023. The Terms of Use contained an "Arbitration Agreement & Class Action Waiver":

> We each agree that any and all disputes or claims that have arisen or may arise between you and us relating in any way to or arising out of this or previous versions of the Terms, your use of or access to our Website and services, or any product/service sold, offered, or purchased through our Website or services shall be resolved exclusively through final and binding arbitration, rather than in court, . . . . The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate section.

Ex. A at pp. 4-5.

15. This Agreement to Arbitrate further provided users, in lay terms, with an overview of basic arbitration procedures and stated that the arbitration would be conducted by JAMS under its rules pertaining to Consumer-Related Disputes. Ex. A. at p. 5.

16. The Agreement to Arbitrate further provides that the arbitrator "shall have exclusive authority to resolve any dispute arising out of or relating to the interpretation, applicability, enforceability or formation of this Agreement to Arbitrate." Ex. A. at p. 5.

17. A user is not allowed to register, obtain, or use services via the Lendvia website without completing the three-step process and agreeing to these terms.

**Defendants' Business Records**

18. Defendants store business records pertaining to all users who complete the online registration process. This includes records showing completion of the three-step registration process on the Lendvia website. These records reflect the date and time of the user activity, the URL for the website that the user visited, other associated metadata, and a video replay of users'

exact website activity during the submission process such as inputs, mouse movements, and clicks. Such information is contained on a verified proof of consent form known as a "Verified Consent."

19. To create these records, Defendants have engaged the Verified Consent company, an independent internet lead certification authority that specializes in the online verification of third-party proof of consent. The creation of the Verified Consent is described in detail in the Declaration of Kashif Ali, Verified Consent's Operations Manager. In sum, the creation of the Verified Consent is a fully automated process that occurs contemporaneously with the user sign-up based on the user's actions and input.

20. The Verified Consent becomes immediately accessible to Defendants upon a user's completion of the application process. Specifically with respect to the Lendvia website, a link to the Verified Consent automatically becomes accessible via the dashboard of the Defendants' internal Customer Relationship Management ("CRM") system upon a user's submission at Step 3.

21. Reliance on the Verified Consent form, generated through the services of the Verified Consent company, is part of the regular course of Defendants' business activities. Records, such as Verified Consent, are created and stored for all users who complete the submission process through Defendants' website, not just David Stirewalt (the Plaintiff in this lawsuit). Defendants store and rely on Verified Consent records to ensure they have obtained users' consent prior to contacting them, including for the purpose of avoiding TCPA disputes such as this one.

22. I have reviewed the complaint in this action and understand that Plaintiff David Sirewalt alleges that he received unsolicited telephone calls from Defendants from January 18, 2024 to February 3, 2024 in violation of the Telephone Consumer Protection Act.

23. Exhibit B and C are true and accurate copies of the two records that together comprise the Verified Consent for Mr. Stirewalt. They establish that Mr. Stirewalt completed each and every one of the three steps of the registration process to apply for a personal loan through the Lendvia website and consented to be contacted and to mandatory arbitration.

24. Exhibit B is the "Certificate" tab of the Verified Consent. It shows that, on December 26, 2023 at 6:22 PM, an individual visited the Lendvia.com website via an Apple iOS operating system on a mobile device using the Apple Safari browser.

25. Exhibit C, which is the "Video" tab of the Verified Consent, is a video replay of the user's exact website activity during the registration process. The replay shows the following information about the user.

26. At Step 1, the user expressed interest in borrowing $38,000 for the purpose of loan consolidation. The below screenshot was taken from Exhibit C.



27. After clicking "Continue," the user proceeded to Step 2 and provided contact information, including sensitive personal information such as home address, social security number, and email address.

28. As shown in the screenshot below from Exhibit C, the user here was Dave Stirewalt, the plaintiff in the above-captioned matter. He provided his name, home address, social security number, and email address.







29. Mr. Stirewalt then clicked "Continue," expressing his understanding and consent that he acknowledged, agreed, and consented to the Privacy Policy and Terms of Use which includes binding arbitration.

30. At Step 3, Mr. Stirewalt entered his telephone number, affirmatively checked the box, and clicked submit, as shown in the screenshot below from Exhibit C.


Great! Just a little more info

How do we contact you?

Secured Lendvia uses 256 bit encryption to secure your information.

Phone

(704) 819-0291

By clicking SUBMIT, I express my understanding and consent electronically via E-sign that I acknowledge, agree and consent to the Privacy Policy and Terms of Use which includes binding arbitration and I am providing express written consent for Lendvia to contact me by, calls and/or text at the phone number provided regarding scheduling and application status using any telephone dialing system, prerecorded/artificial voice messages and/or use of an automatic dialing device or system, as applicable sending text messages (Data & message rates may apply, messaging frequency varies: text HELP for help; text STOP to cancel) even if my telephone number is currently listed on any state or federal Do-Not-Call list. I may revoke this consent at any time and I am not required to opt in as a condition of these services. SMS consent will not be shared with third parties for their marketing purposes.

Submit

31. By clicking "Submit," Mr. Stirewalt again expressed his understanding and consent that he acknowledged, agreed, and consented to the Privacy Policy and Terms of Use. As mentioned above, the Terms of Use (Exhibit A) include binding arbitration.

32. I declare under penalty of perjury that the foregoing information provided in this declaration is true and correct.

Executed on 4/22/2024 (date).

[signature]

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was filed using the Court's CM/ECF system which will automatically send notice of the same addressed to the following:

Ryan P. Duffy
The Law Office Of Ryan P. Duffy PLLC
1213 W. Morehead St.
Suite 500, Unit #450
Charlotte, NC 28208
Email: ryan@ryanpduffy.com

This 25th day of April, 2024.

/s/ Michael A. Goldsticker
Michael A. Goldsticker (NC Bar No.: 57617)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389 (Raleigh, NC 27602-0389)
Raleigh, North Carolina 27601
Phone: (919) 828-0564
Email: michaelgoldsticker@parkerpoe.com
*Counsel for Defendants*