# EXHIBIT B

*David Stirewalt,*
*v.*
*Range View Management, LLC and Better Debt Solutions, LLC.,*
1:24-cv-00180-TDS-JEP
(USDC MDNC)

**DECLARATION OF BRANDI WIRE**

# EXHIBIT A

# Terms of Use - Lendvia

☐ lendvia.com/terms-of-use/



## Terms of Use

## DATE : 22nd July 2023

Lendvia.com ("Website") is owned and operated by Lendvia d/b/a/ Range View Management, LLC ("we" or "us").  These terms and conditions outline the rules and regulations for the use of the Website. By browsing, accessing and using this Website through any direct or indirect means or by utilizing products or Services offered through this Website, including any communications to Us, you agree to be these terms and conditions ("Terms"). You acknowledge that any information that you provide through the Website or for the Service will be provided and used in accordance with our Privacy Policy, the terms of which are incorporated herein and made a part of this Agreement.

**Do not use this Website or services if you do not agree to the posted Terms of Use and Privacy Policy.**

**THIS TERMS OF USE AGREEMENT CONTAINS A MANDATORY ARBITRATION PROVISION, WAIVER OF JURY TRIAL AND CLASS ACTION. PLEASE REVIEW THESE PROVISIONS. If you do not agree with these terms, please do not use this Website or services.**

## SERVICES

This Website is intended for your personal, non-commercial use. You may not use the Website directly or indirectly for any illegal or unauthorized purpose. This Website is intended for United States residents only who are at least 18 years of age. This Website provides information on consumer financial products and services and allows individuals to apply for, or request to speak with a representative for additional loan information, or support.

## INDUSTRY DISCLOSURES

We may initiate a soft pull of your credit report for review prior to providing rates and terms.  This soft pull will not impact your credit score.  Should you decide to lock in your rate and proceed with loan terms your credit report will be formally requested which will impact your score.  Acquiring a loan will also initiate reporting of repayment information.

Loans are not offered in every state. Your loan amount will be determined based on your credit, income, and certain other information provided in your loan application. Not all applicants will qualify for the full amount. Minimum loan amounts vary by state.  Your APR will be determined based on your credit, income, and certain other information provided in your loan application. Not all applicants will be approved. Loans made or arranged pursuant to a California Financing Law license #60DBO-127304.

## Licensure

### General Licensure Information

Lendvia LLC is a licensed financial services provider. We are committed to operating in full compliance with all applicable state and federal laws and regulations to ensure our customers receive the highest level of service in a lawful and ethical manner.

### State-Specific Licenses

Our services are authorized under various state-specific licenses. Below is a list of states where Lendvia is licensed to operate, along with the corresponding license numbers where applicable:

Utah: Consumer Credit Notification

California: California Financing Law License #60DBO-127304

Lendvia LLC is also approved to operate in:

AL, AK, AZ, AR, CO, FL, GA, HI, ID, IL, IA, IL, IN, KS, KY, MI, MT, NM, NY, OK, SC, SD, VT, VA, WA, WI, WY

## TESTIMONIALS

Any testimonial provided on this Website are real customers who happily provided uncompensated opinions.  Images provided are not actual customers.

## PROHIBITED USE

You represent and warrant that you will not provide information on this Website or through any communication to Us that is false, inaccurate, misleading, violates any local, state, federal or international law, infringes on copyright laws or rights of others, that is unlawful, obscene, threatening, harassing or abusive, that impersonates another person or entity or contains any viruses or harmful computer code.  You are solely responsible for any information you provide to Us by any means.

## INTELLECTUAL PROPERTY

Unless otherwise stated, Lendvia and/or it's licensors own the intellectual property rights for all material on Lendvia . All intellectual property rights are reserved. You may view and/or print pages from https://lendvia.com for your own personal use subject to restrictions set in these terms and conditions.

You must not:

1. Republish material from https://lendvia.com
2. Sell, rent or sub-license material from https://lendvia.com
3. Reproduce, duplicate or copy material from https://lendvia.com
4. Redistribute content from Lendvia  (unless content is specifically made for redistribution).

Whilst we endeavor to ensure that the information on this website is correct, we do not warrant its completeness or accuracy; nor do we commit to ensuring that the website remains available or that the material on the website is kept up to date.

## THIRD PARTY SITES

This Website may contain or may interact with or otherwise be associated with third party platforms, services, plug-ins, applications, ads, tools and/or other content, and/or links to third-party websites or other services that are not owned, controlled or operated by us (collectively, "Third Party Services"). We may receive compensation for engagement with third party links. We are not responsible for the content of any Third Party Services. Your use of a Third Party Service linked from the Service is at your own risk and will be governed by such third party's terms and policies.

Any interactions, correspondence, transactions, and other dealings that you have with any third parties found on or through this Website are solely between you and the third party. You hereby agree to indemnify us against all claims, injury and/or damages including, without limitation, attorneys' fees, that arise out of your use of any Third Party Service.

## DISCLAIMER OF WARRANTIES & LIMITATION OF LIABILITY

To the maximum extent permitted by applicable law, we exclude all representations, warranties and conditions relating to our Website and the use of this Website (including, without limitation, any warranties implied by law in respect of satisfactory quality, fitness for purpose and/or the use of reasonable care and skill). This Website is provided on an "as is" and "as available" basis.  We make no representations or warranties of any kind, express or implied, as to the operation of the Website or the information, content, materials, or products included on the Website or through the Services. To the full extent permissible by applicable law, we disclaim all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose.

UNDER NO CIRCUMSTANCES AND UNDER NO LEGAL OR EQUITABLE THEORY, WHETHER IN TORT, CONTRACT, STRICT LIABILITY OR OTHERWISE, SHALL WE OR ANY OF OUR EMPLOYEES, DIRECTORS, OFFICERS, AGENTS, SHAREHOLDERS, SUBSIDIARIES, OR AFFILIATES BE LIABLE TO YOU OR TO ANY OTHER PERSON FOR ANY DIRECT OR INDIRECT LOST PROFITS OR LOST BUSINESS DAMAGES, OR INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE, ARISING OUT OF OR IN CONNECTION WITH THE WEBSITE OR THESE TERMS, EVEN IF AN AUTHORIZED REPRESENTATIVE OF LENDVIA OR RANGE VIEW MANAGEMENT, LLC HAS BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES.

## RELEASE

**YOU HEREBY AGREE TO RELEASE, REMISE AND FOREVER DISCHARGE LENDVIA D/B/A RANGE VIEW MANAGEMENT LLC AND ITS SERVICE PROVIDERS AND EACH OF THEIR RESPECTIVE AGENTS, DIRECTORS, OFFICERS, EMPLOYEES, INFORMATION PROVIDERS, AND EACH OF THEIR RESPECTIVE AGENTS, DIRECTORS, OFFICERS, EMPLOYEES AND ALL OTHER RELATED, ASSOCIATED, OR CONNECTED PERSONS FROM ANY AND ALL MANNER OF RIGHTS, CLAIMS, COMPLAINTS, DEMANDS, CAUSES OF ACTION, PROCEEDINGS, LIABILITIES, OBLIGATIONS, LEGAL FEES, COSTS, AND DISBURSEMENTS OF ANY NATURE WHATSOEVER WHETHER KNOWN OR UNKNOWN, WHICH NOW OR HEREAFTER EXIST, WHICH ARISE FROM, RELATE TO, OR ARE CONNECTED WITH YOUR USE OF THIS WEBSITE OR SERVICES.**

## INDEMNIFICATION

You agree to indemnify and hold Lendvia d/b/a Range View Management, LLC, our subsidiaries, affiliates, agents, shareholders, officers contractors, vendors, employees, and service providers harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your use of this Website or services, the violation of  by you, or the infringement by you, or other user of this Website or services using your computer, of any intellectual property or other right of any person or entity. We and our service providers assume no responsibility whatsoever for such content or actions. We reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you.

## ARBITRATION AGREEMENT & CLASS ACTION WAIVER

**We each agree that any and all disputes or claims that have arisen or may arise between you and us relating in any way to or arising out of this or previous versions of the Terms, your use of or access to our Website and services, or any product/service sold, offered, or purchased through our Website or services shall be**

**resolved exclusively through final and binding arbitration, rather than in court, except that if your claims are under $1000.00 you may assert claims in small claims court, if your claims qualify. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate section (this "Agreement to Arbitrate").**

### Procedures

Arbitration is more informal than a lawsuit in court. There is no judge or jury in arbitration, and court review of an arbitration award is limited. An arbitrator can award the same damages and relief on an individual basis that a court can award to an individual. An arbitrator should apply the terms of this Agreement as a court would. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute arising out of or relating to the interpretation, applicability, enforceability or formation of this Agreement to Arbitrate, any part of it, or of this Agreement including, but not limited to, any claim that all or any part of the Agreement to Arbitrate or this Agreement is void or voidable. The arbitration will be conducted by JAMS under its rules and procedures pertaining to Consumer-Related Disputes, as modified by this Agreement to Arbitrate. The arbitration shall be held in a mutually agreed location. If the value of the relief sought is $10,000 or less, you or we may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and us subject to the arbitrator's discretion to require an in-person hearing if the circumstances warrant. Attendance at an in-person hearing may be made by telephone by you and/or us; unless the arbitrator requires otherwise. The arbitrator will decide the substance of all claims in accordance with the laws of the State of Wyoming, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall not be bound by rulings in prior arbitrations involving our other users but is bound by rulings in prior arbitrations involving the same user to the extent required by applicable law. The arbitrator's award shall be final and binding and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

### Costs

Payment of all filing, administration and arbitrator fees will be governed by JAMS rules, unless otherwise stated in this Agreement to Arbitrate. You may obtain these costs through JAMS website.

### Prohibition of Class and Representative Actions and Non-Individualized Relief

**YOU AND WE AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND US AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR**

**OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OUR OTHER USERS.**

<u>**Severability**</u>

With the exception of "Prohibition of Class and Representative Actions and Non-Individualized Relief", if an arbitrator or court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If an arbitrator or court decides that any of the provisions in this Agreement is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void. The remainder of the Agreement and its Legal Disputes Section will continue to apply and that jurisdiction over and venue of any suit shall be exclusively in the state and federal courts sitting in the County of Orange, state of California.

<u>**Changes to the Agreement to Arbitrate**</u>

Notwithstanding any provision in the Agreement to the contrary, you and we agree that if we make any change to this Agreement to Arbitrate (other than a change to any notice address or site link provided herein) in the future, that change shall not apply to any claim that was filed in a legal proceeding against us prior to the effective date of the change. The change shall apply to all other disputes or claims governed by this arbitration provision that have arisen or may arise between you and us. We will notify you of changes to this Agreement to Arbitrate by posting the amended terms on our Website at least 3 days before the effective date of the changes and/or by email.

THESE TERMS PROVIDE THAT ALL DISPUTES BETWEEN US WILL BE RESOLVED BY BINDING ARBITRATION. YOU GIVE UP YOUR RIGHT TO GO TO COURT TO ASSERT OR DEFEND YOUR RIGHTS. YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN OR BRING CLASS ACTIONS. YOUR RIGHTS WILL BE DETERMINED BY NEUTRAL ARBITRATORS AND NOT A JUDGE OR JURY.

## ELECTRONIC COMMUNICATION

When you visit this Website and use our services or communicate with us electronically, you consent to receive communications from us electronically, and agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## REVISIONS TO TERMS

We reserve the right to make revisions to the Terms of Use and Privacy Policy at any time. Any changes made will be effective from the date of such posting without further notice to you. As such, the Terms of Use and Privacy Policy posted on this Website when you access, browse or utilize services will govern the relationship for that Website visit.

## CONTACT INFORMATION

If you have any queries regarding any of our terms, please contact us.