BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>**RANGE VIEW MANAGEMENT, LLC, ET AL. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION** | MDL No.: 3123<br><br>Hearing Session: September 26, 2024 |

**MOTION FOR LEAVE TO FILE RESPONSE OF INTERESTED PARTIES, RICHARD COLLINS, BONNIE JOE, MAXX LYMAN, AND AARON RAPP, IN OPPOSITION TO DEFENDANTS' MOTION FOR TRANSFER OF ACTIONS TO THE WESTERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Counsel for Plaintiffs Richard Collins ("Collins"), Bonnie Joe ("Joe"), Maxx Lyman ("Lyman") and Aaron Rapp ("Rapp") (hereinafter collectively referred to as "Plaintiffs"), Plaintiffs in *Collins et al. v. Better Tax Relief LLC,* No. 8:24-cv-01263-FWS-ADS (C.D. Cal.), respectfully moves the Court for leave to file Plaintiffs' Response to Defendants Range View Management LLC ("RVM"), Better Debt Solutions LLC ("BDS"), Lendvia LLC ("Lendvia") and Better Tax Relief LLC ("BTR") (hereinafter collectively referred to as "Defendants") Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 (the "Motion").

Pursuant to the Court's Notice of Filing and Briefing Schedule (Dkt. No. 2), responses to Defendants' Motion in this matter were due by August 19, 2024. Counsel for Plaintiffs has learned that Plaintiffs' Response to Defendants' Motion (Dkt. No. 25) appears on the docket as filed on August 20, 2024, despite Counsel for Plaintiffs intending to timely complete the filing on August 19, 2024. Counsel for Plaintiffs acted in good faith when filing Plaintiffs' Response in Opposition to Defendants' Motion, as it was filed and electronically served upon all parties in this action just a few minutes after 9:00 p.m. Pacific Time (the time zone where Plaintiffs' Counsel is located) on August 19, 2024, resulting in the filing appearing on the docket as filed slightly after 12:00 a.m.

EST on August 20, 2024. With the difference of mere minutes, any delay due to the timing of Plaintiffs' filing was extremely minimal and resulted in no prejudice to Defendants, especially given that Defendants' Counsel, Mr. Phillips is also located in California and received electronic notice and service of Plaintiffs' Response to Defendants' Motion on August 19, 2024, shortly after 9:00 p.m. Pacific Time. On the other hand, Plaintiffs would suffer prejudice if Plaintiffs' Response in opposition to Defendants' Motion is not accepted by the Panel.

Accordingly, based on the foregoing, Plaintiffs respectfully request that the Panel grant Plaintiffs' Motion for Leave and that Plaintiffs' attached Response in Opposition to Defendants' Motion, which is identical in substance to the Response previously filed at Dkt. No. 25, be accepted by the Panel.

Dated: August 23, 2024

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:   */s/Abbas Kazerounian*
Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
Ross H. Schmierer, Esq.
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*